UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| VS.     ) | |
| ) | 3:84-CR-0148-G |
| MARSHALL DeWAYNE WILLIAMS,     ) | |
| ) | |
| Defendant.     ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 21, 2022. The court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled.

**SO ORDERED**.

March 9, 2022.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**